AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

**United States of America**

**v.**

**JOSHUA DAVID MAHLEY**

*Defendant*

Case No. 25-mj-1358

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between in or around August 2024 and on or about September 8, 2025, in the Western District of New York, and elsewhere, the defendant, JOSHUA DAVID MAHLEY, did knowingly travel in interstate commerce with a motivating purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

RANDALL E. GARVER
Special Agent
Federal Bureau of Investigation
_____
*Printed name and title*

Sworn to and subscribed telephonically.

Date:  __September 8, 2025__

_____
*Judge's signature*

City and State:  __Buffalo, New York__

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE         )        SS:
CITY OF BUFFALO      )

I, Randall E. Garver, being first duly sworn, hereby depose and state as follows:

## I.       INTRODUCTION

1.       I am a Special Agent of the Federal Bureau of Investigation and entered on duty in May 2006.  I am currently assigned to the Buffalo Field Office and work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children.  As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, 2423, and 2261.  I have also participated in various FBI-mandated and volunteer training for the investigation and enforcement of federal child sexual abuse material (CSAM),[1] Sexual Enticement, Travel to Engage in Illicit Sexual Conduct, and Cyberstalking laws in which computers or smartphones/devices are used for engaging in such violations of Federal law.

2.       This affidavit is made in support of a criminal complaint charging **JOSHUA DAVID MAHLEY** (hereinafter "**MAHLEY**"), date of birth XX/XX/1983, with violation of Title 18, United States Code, Section 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

---

[1] In this affidavit, I intend the term "child sexual abuse material," or "CSAM," to have the same meaning as the term "child pornography," as the latter term is defined in Title 18, United States Code, Section 2256(8). I use the term "CSAM" interchangeably with the term "child pornography." Thus, my conclusion that a particular image or video qualifies as "CSAM" necessarily means that I believe that the image qualifies as "child pornography," as that term is defined under federal law.

3.      The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **MAHLEY** violated Title 18, United States Code, Section 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

## II.      PROBABLE CAUSE

4.      On September 8, 2025, my colleague on the FBI's Crimes Against Children and Human Trafficking Task Force (CACHTTF) responded to a call to assist by the Niagara County Sheriff's Office (NCSO).  My colleague called me and said NCSO received a report from a family member that a 15-year-old girl (hereinafter, "Minor Victim") was transported to New York from her home in Kentucky by **JOSHUA DAVID MAHLEY**.  NCSO believed **MAHLEY** paid Minor Victim's mother a sum of money so he could take Minor Victim to his home and have sexual contact with her.

5.      On September 8, 2025, NCSO Chief Deputy Aaron Schultz provided me with report number 2025-00043996 that stated NCSO became involved in this matter at approximately 7:50 am on September 8, 2025.  The report stated that Minor Victim's aunt called law enforcement to request a welfare check be conducted.  The aunt "reported that her niece had been missing from her home in Kentucky and **JOSHUA D. MAHLEY** was paid to transport the juvenile to his residence (8595 Bunker Hill Road)."  NCSO attempted to make contact at the residence and to call **MAHLEY** on the phone to no avail.  The report stated

that the aunt provided NCSO with contact information for Minor Victim and her mother (in Kentucky) along with screen shots showing **MAHLEY** and Minor Victim's travel route to New York.  Minor Victim's aunt received these screen shots, along with Snapchat messages from one of Minor Victim's friends.  The friend expressed concern to Minor Victim that she was traveling with and staying with **MAHLEY** who she knew to be on the sex offender registry. The same report concluded with NCSO asking the aunt to file a missing persons report with her local police department in Laurel County, Kentucky.

6.     Upon NCSO requesting FBI assistance, the CACHTTF sent three officers to the Target Premises.  Upon their arrival, NCSO had located Minor Victim and began interviewing her.  Minor Victim was described as guarded in what information she shared but provided one of my colleagues (Task Force Officer Eric Schmidt) with her phone and consented to his searching it.  TFO Schmidt reviewed the phone and located images of **MAHLEY** (who is approximately forty-two years old) and Minor Victim in bed, nude, kissing.  TFO Schmidt also observed an Instagram communication between Minor Victim and her mother that stated **MAHLEY** does not use protection when they have sexual intercourse.  The communications stated, "we don't use protection which is why he comes when I'm not ovulating".  The conversation showed on 09/03/2025 at 11:57 am, Minor Victim wrote her mother "do birth control pills work?"  The mother replied, "I was on birth control before you" and Minor Victim replied, "well shit / And yoy (sic) still got pregnant with me."  The mother wrote back, "no, I stopped taking them so I could get pregnant." Minor Victim replied, "Ohhhh / so they work / IDk (I don't care) I'm not risking it."  The NCSO officer told TFO Schmidt that Minor Victim said she had been in New York for about a week, and she could not currently have sexual intercourse with **MAHLEY** because she is

menstruating.

7.    The CACHTTF officers contacted Forensic Examiner Jessica Mitchell to arrange for an exigent (unplanned) forensic interview of Minor Victim.  They next located **MAHLEY** to interview him as other officers secured his residence for a search pursuant to a warrant.

8.    As CACHTTF officers conducted their onsite investigation, a tactical intelligence analyst discovered that **MAHLEY** is a Level III sex offender in New York State. A search of the New York State sex offender registry lists **MAHLEY**'s home as Target Premises.  The registry shows that on 09/01/2009, **MAHLEY** was charged with violations of New York Public Law (PL) 130.60 and 130.30, sexual abuse 2nd, sexual contact with person less than 14 years old, and rape 2nd, person 18 years old or more has intercourse with person less than 15 years old, respectively.  The details show **MAHLEY** was convicted on 12/20/2010, his two victims were a 13-year-old girl and a 14-year-old girl, and the arresting agency was Orleans County Sheriff's Office.  The offense descriptions were "actual, more than once sexual intercourse" and "actual, more than once sexual contact" with both victims listed as "non-stranger".

9.    TFO Schmidt interviewed **MAHLEY** who advised he lived alone at Target Residence.  **MAHLEY** told TFO Schmidt that on or about September 5, 2025, he drove to London, Kentucky to pick up Minor Victim, who he said was a 15-year-old girl.  **MAHLEY** said he is friends with Minor Victim's mother and met them both at their residence. **MAHLEY** recalled that he arrived at Minor Victim's home around 9:00 pm and only stopped for a few hours at a rest stop in Ohio.  Since being in Western New York, **MAHLEY** took Minor Victim to the Walden Galleria, Niagara Falls, and to the buffet at a local casino.

**MAHLEY** told TFO Schmidt that he used his Hyundai Elantra, license plate LZT-4128, to make the Kentucky trip. **MAHLEY** denied having sexual intercourse with Minor Victim. **MAHLEY** eventually recalled a video showing he and Minor Victim lying in bed together naked.  In the video, Minor Victim was not wearing any top and **MAHLEY** appeared to be laying naked as the two intimately kissed.  In the video, **MAHLEY's** hand was around Minor Victim's throat as she recorded the video.  **MAHLEY** said he met Minor Victim's mother at a hotel in February 2025 and that Minor Victim climbed into bed with him.

10.    Law enforcement in Laurel County, Kentucky located and interviewed Minor Victim's mother and ultimately arrested her pursuant to this investigation.

11.    TFO Schmidt continued to review Minor Victim's phone and opened the "My Eyes Only" folder in Minor Victim's Snapchat account.  There, TFO Schmidt observed a video of Minor Victim that was approximately 4 seconds long with a timestamp of May 4, 2025, at or about 2:21 AM in East Bernstadt, Kentucky.  I know East Bernstadt to be in Laurel County, Kentucky.  In the video, Minor Victim appears to be lying on her back. **MAHLEY**'s middle and ring finger can be seen digitally masturbating Minor Victim and **MAHLEY** can be heard saying, "cum for me." Minor Victim appears to be wearing a light-colored shirt with dark polka dots with no pants and has her legs open with her vagina exposed in the video. TFO Schmidt, who reviewed the video, told me it appeared that **MAHLEY** held the phone to produce the video of him digitally penetrating Minor Victim. TFO Schmidt further indicated that he believed the voice in the video to be that of **MAHLEY**'s.

12.    During an interview with Forensic Examiner Jessica Mitchell, Minor Victim stated that she first met **MAHLEY** in or around August of 2024. Minor Victim further indicated that, since that time, she has met with **MAHLEY** in Kentucky on more than one

occasion.

13.     Minor Victim told Forensic Examiner Mitchell that on one occasion while she was with **MAHLEY** in Kentucky, **MAHLEY** filmed himself digitally penetrating her. Minor Victim stated that **MAHLEY** then sent the video to her via the Snapchat platform.

### III.     CONCLUSION

14.     Based upon the foregoing, I respectfully submit that there is probable cause to believe that **JOSHUA MAHLEY** knowingly violated Title 18, United States Code, Section 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct). It is respectfully requested that this Court issue the requested criminal complaint and arrest warrant.

RANDALL E. GARVER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this ___8th___ day of September 2025.

HON. JEREMIAH J. McCARTHY