# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

_____

|  |  |
|---|---|
|  | **OCTOBER 2025 GRAND JURY**<br>**(Impaneled October 24, 2025)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:** |
| **JOSHUA MAHLEY** | Title 18, United States Code,<br>Sections 2423(a), 2423(b),<br>2260A, 1466A(b)(1) and (d)(4)<br>(6 Counts and 2 Forfeiture Allegations) |

### INTRODUCTION

### The Grand Jury Charges That:

At all times relevant to this Indictment:

1.     The defendant, **JOSHUA MAHLEY**, born in August 1983, was a registered sex offender in New York State, having previously been convicted, on or about December 20, 2010, in Orleans County, New York, of Rape in the Second Degree, in violation of New York State Penal Law Section 130.30(1) (Sexual Intercourse by Person 18 or More with Person Less than 15), and Sexual Abuse in the Second Degree, in violation of New York State Penal Law Section 130.60(2) (Sexual Contact with Person Less than 14 Years Old).

2.     The defendant, **JOSHUA MAHLEY**, was a resident of Gasport, New York, within the Western District of New York.

3.     Minor Victim 1 was a 15-year-old minor who resided in the state of Kentucky.

## COUNT 1

**(Interstate Travel to Engage in Illicit Sexual Conduct)**

**The Grand Jury Charges That:**

1.      The allegations of the Introduction of this Indictment are re-alleged and incorporated herein.

2.      From on about June 27, 2025, to on or about June 29, 2025, in the Western District of New York, and elsewhere, the defendant, **JOSHUA MAHLEY**, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person, that is, with Minor Victim 1, a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Section 2423(b).**

## COUNT 2

**(Interstate Travel to Engage in Illicit Sexual Conduct)**

**The Grand Jury Further Charges That:**

1.      The allegations of the Introduction of this Indictment are re-alleged and incorporated herein.

2.      From on or about July 14, 2025, to on or about July 15, 2025, in the Western District of New York, and elsewhere, the defendant, **JOSHUA MAHLEY**, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person, that is, with Minor Victim 1, a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Section 2423(b).**

## COUNT 3

**(Interstate Travel to Engage in Illicit Sexual Conduct)**

**The Grand Jury Further Charges That:**

1.      The allegations of the Introduction of this Indictment are re-alleged and incorporated herein.

2.      From on or about August 7, 2025, to on or about August 10, 2025, in the Western District of New York, and elsewhere, the defendant, **JOSHUA MAHLEY**, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person, that is, with Minor Victim 1, a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Section 2423(b).**


## COUNT 4

**(Transportation of a Minor)**

**The Grand Jury Further Charges That:**

1.      The allegations of the Introduction of this Indictment are re-alleged and incorporated herein.

2.      Between on or about September 5, 2025, and on or about September 8, 2025, in the Western District of New York, and elsewhere, the defendant, **JOSHUA MAHLEY**, did knowingly transport Minor Victim 1, an individual known to the Grand Jury who had not attained the age of 18 years, in interstate and foreign commerce with intent that such individual engage in sexual activity for which any person could be charged with a criminal offense, that is, an offense under New York State Penal Law Section 130.25.

**All in violation of Title 18, United States Code, Section 2423(a).**

3

<u>**COUNT 5**</u>

**(Penalties for Registered Sex Offenders)**

**The Grand Jury Further Charges That:**

1.    The allegations of the Introduction of this Indictment are re-alleged and incorporated herein.

2.    Between on or about June 27, 2025, and on or about September 8, 2025, in the Western District of New York, and elsewhere, the defendant, **JOSHUA MAHLEY**, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2423.

**All in violation of Title 18, United States Code, Section 2260A.**

<u>**COUNT 6**</u>

**(Obscene Visual Representations of the Sexual Abuse of Children)**

**The Grand Jury Further Charges That:**

1.    The allegations of the Introduction of this Indictment are re-alleged and incorporated herein.

2.    On or about September 8, 2025, in the Western District of New York, the defendant, **JOSHUA MAHLEY**, did knowingly possess visual depictions, namely computer and AI generated images, that depict minors engaging in sexually explicit conduct and that are obscene, and which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and were produced using materials that had been shipped and transported in interstate and foreign commerce by any means, including by

computer, namely a Samsung Model SM-S5326DLGP cellular telephone (bearing IMEI: 351162213178026), which was manufactured outside of New York State.

**All in violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).**

## FIRST FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of one or more of the offenses set forth in Counts 1 through 4 of this Indictment, the defendant, **JOSHUA MAHLEY**, shall forfeit to the United States, all his right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and/or any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence,

b. has been transferred or sold to, or deposited with, a third person,

c. has been placed beyond the jurisdiction of the Court,

d. has been substantially diminished in value, or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 18, United States Code, Section 2428, and Title 21, United States Code, Section 853(p).**

5

## SECOND FORFEITURE ALLEGATION

### The Grand Jury Further Alleges That:

Upon conviction of Count 6 of this Indictment, the defendant, **JOSHUA MAHLEY**, shall forfeit to the United States, all his right, title, and interest in any obscene material produced, transported, mailed, shipped, or received in violation of law, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to the following:

**SEIZED CELLULAR DEVICE**:

a.  one (1) Samsung Model SM-S5326DLGP cellular telephone (bearing IMEI: 351162213178026).

**All pursuant to Title 18, United States Code, Section 1467(a)(1) and 1467(a)(3).**

DATED:  Buffalo, New York, December 30, 2025.

MICHAEL DIGIACOMO
United States Attorney

BY:    S/COLLEEN M. McCARTHY
COLLEEN M. McCARTHY
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5843
Colleen.McCarthy3@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

6