UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSHUA DAVID MAHLEY
                    Defendant.

**THIRD AMENDED
SCHEDULING ORDER**

Case No. 1:25-cr-0259-JLS-JJM

With good cause shown, defendant's unopposed motion [23] to extend the

deadline to file pretrial motions is granted.  The Second Amended Scheduling Order [22] is

amended as follows:

(1)   All pretrial motions, both dispositive and non-dispositive, including all supporting papers and memoranda of law in support thereof, shall be filed by **August 27, 2026**.  Any motion to suppress statements or physical evidence must initially be accompanied by an appropriate affidavit (or declaration) from an individual with personal knowledge, failing which the court will normally recommend that the motion be denied without an evidentiary hearing.  *See* United States v. Marshall, 2012 WL 5511645, *2 (W.D.N.Y.), adopted 2012 WL 5948782 (W.D.N.Y. 2012); United States v. Longo, 70 F.Supp.2d 225, 248 (W.D.N.Y. 1999). **ALL MOTIONS SEEKING SEVERANCE ARE TO BE SEPARATELY FILED WITH THE HONORABLE JOHN L. SINATRA, JR.**

(2)   All responses to pretrial motions, including all supporting papers and memoranda of law in support thereof, filed in accordance with the preceding paragraph shall be filed **September 17, 2026.**

(3)   Replies, if any, shall be filed by **September 24, 2026.**

(4)   **Oral argument on any pretrial motions shall be heard on October 1, 2026 at 2:00 p.m.**  If necessary, an evidentiary hearing will be scheduled for a later date.

(5)   **IF NO MOTIONS ARE FILED BY ANY DEFENDANT BY AUGUST 27, 2026, THE GOVERNMENT SHALL FILE A MOTION FOR A TRIAL DATE FROM DISTRICT JUDGE SINATRA.**

As of August 27, 2026, one day will have elapsed from the Speedy Trial Act Calendar.  For the reasons stated on the record, I find that the government and the public's interest in a speedy trial is outweighed by the defendant's interest in having effective assistance of counsel by allowing sufficient time to review discovery and frame appropriate motions. Therefore, the time period from today's date until August 27, 2026, is excluded under 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

If pretrial motions are filed on or before August 27, 2026, the period of time from the filing of said motions through October 1, 2026 will be excluded pursuant to 18 U.S.C. §3161(h)(1)(D).

No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing cause for the extension. Such application shall indicate whether the opposing party consents to the requested extension and address any further exclusion of time from the Speedy Trial Act calendar.  Any motion identified in Rule 12(b)(3) that is not filed by the deadline set for filing pretrial motions will be denied as untimely, unless accompanied by a showing of "good cause".  *See* Rule 12(c)(3).

**SO ORDERED.**

Dated: July 28, 2026

/s/ Jeremiah J. McCarthy
JEREMIAH J. MCCARTHY
United States Magistrate Judge

-2-